STATE OF NORTH CAROLINA v. HARRY MARTIN, JR.

No. 7010SC609

(Filed 16 December 1970)

APPEAL by defendant from *Bailey, Judge,* 2 June 1970 Criminal Session of WAKE County Superior Court.

The defendant was charged in a two-count bill of indictment with the felonious breaking and entering of Ligon High School in the City of Raleigh, and in the second count with larceny of two typewriters from said school.

The defendant, in person and through his court-appointed attorney, entered a plea of guilty to both counts. The trial judge ascertained and adjudicated in open court that the plea of guilty was entered freely, voluntarily and understandingly. The two counts were consolidated for judgment, and the defendant was sentenced to a term of ten years in the custody of the Commissioner of the North Carolina Department of Correction. The defendant appealed.

*Attorney General Robert Morgan by Staff Attorney Walter E. Ricks III, for the State.*

*Peyton B. Abbott for defendant appellant.*

CAMPBELL, Judge.

The court-appointed attorney for the defendant, with candor and frankness, presents the record for review and states that he is unable to designate any error sufficient to warrant a new trial.

We have reviewed the record in this case and find no prejudicial error.

No error.

Judges BRITT and HEDRICK concur.